UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herman Clavon, III,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Roscoe BK Restaurant, Inc.; Dale Mae; and DOES 1 to 10,<br><br>　　　　　　Defendant(s). | Case No. 2:10-cv-04908-JHN-PLAx<br><br>**JUDGMENT**<br><br>Judge: Honorable Jacqueline H. Nguyen |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　This action came on for hearing before the Court, on September 26, 2011, on a Motion for Summary Judgment by Defendants Roscoe BK Restaurant, Inc. and Dale Ma, the Hon. Jacqueline H. Nguyen, United States District Court Judge, presiding.  Attorney Glenn A. Murphy, Esq. of the Litigation & Advocacy Group appeared on behalf of Plaintiff Herman Clavon.  Attorney Courtney M. Coates, Esq. of the Law Offices of Courtney M. Coates appeared on behalf of Defendants.

　　　　Pursuant to this Court's April 2, 2012 Order granting Defendants' Motion for Summary Judgment (Docket No. 110) against Plaintiff's claims in their entirety,

IT IS HEREBY ADJUDGED that Plaintiff's claims are all DISMISSED WITH PREJUDICE, that Plaintiff shall take nothing, that Defendants shall have

1  judgment entered against Plaintiff on all claims, and that Defendants shall recover
2  their costs according to proof.

4  IT IS SO ORDERED.

6  Dated: April 5, 2012

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT

2